# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUMER FINANCIAL<br>PROTECTION BUREAU<br>1700 G Street NW<br>Washington, DC 20552,<br><br>      Petitioner,<br><br>      v.<br><br>NEXUS SERVICES, INC.<br>113 Mill Place Pkwy, Suite 103<br>Verona, VA 24482,<br><br>and<br><br>LIBRE BY NEXUS, INC.<br>113 Mill Place Pkwy, Suite 103<br>Verona, VA 24482,<br><br>      Respondents. | Case No. 17-cv-2238 |

## PETITION TO ENFORCE CIVIL INVESTIGATIVE DEMAND

1. On August 21, 2017, the Consumer Financial Protection Bureau (Bureau) issued a civil investigative demand (CID) to Nexus Services, Inc. and Libre by Nexus, Inc. (together, Nexus).

2. The CID was issued as part of an investigation to determine whether persons who provide products or services related to bonds posted on behalf of detainees are extending credit or offering to extend credit; whether such persons are engaging in unfair, deceptive, or abusive acts and practices in violation of §§ 1031 and 1036 of the Consumer Financial Protection Act of 2010 (CFPA), 12 U.S.C. §§ 5531, 5536; and whether Bureau action to obtain legal or equitable relief would be in the public interest.

3. The CID required the production of documents and written reports, responses to interrogatories, and oral testimony.

4. On September 8, 2017, Nexus filed with the Bureau a petition to set aside or modify the CID (Nexus Petition).

5. The Bureau's Director denied the Nexus Petition in a Decision and Order (Order) dated October 11, 2017, and ordered Nexus to comply with the CID within 10 calendar days of the Order.

6. As of the date of this petition, Nexus has not produced any material or provided a witness to give testimony in response to the August 21, 2017 CID, nor has it contacted the Bureau since the Director's October 11, 2017 Order to request a modification of the CID or an extension of time to respond to it.

7. By this petition, the Bureau seeks an order directing Nexus to show cause why it should not be required to comply with the CID. In support thereof, the Bureau submits the accompanying Memorandum of Law and Declaration of Hai Binh T. Nguyen. A proposed order also is provided.

## JURISDICTION AND VENUE

8. This Court has subject-matter jurisdiction under § 1052(e)(1) of the CFPA. *See* 12 U.S.C. § 5562(e)(1).

9. Venue is proper because Nexus Services, Inc. and Libre by Nexus, Inc. are found, reside in, or transact business in this District. *See* 12 U.S.C. § 5562(e)(1).

## PARTIES

10. The Bureau is an independent agency of the United States. 12 U.S.C. § 5491(a).

11. Nexus Services, Inc. and Libre by Nexus, Inc. are headquartered in Verona, Virginia. Both entities received the August 21, 2017 CID issued by the Bureau in furtherance of the Bureau's investigation. *See* 12 U.S.C. § 5562(e)(1).

### SERVICE OF THE CID AND NEXUS'S FAILURE TO COMPLY

12. To determine whether a "Federal consumer financial law" has been violated, § 1052(c) of the CFPA empowers the Bureau to issue a CID whenever it has reason to believe that "any person . . . may have any information[] relevant to a violation." 12 U.S.C. § 5562(c)(1). A CID issued by the Bureau may, among other things, require the recipient to produce documents, respond to interrogatories, provide written reports, and designate a witness to provide oral testimony. *Id.*

13. On August 21, 2017, the Bureau sent the CID to Nexus by certified mail and overnight delivery. The CID required Nexus to produce documents and written reports and respond to interrogatories by September 22, 2017, and to appear and provide oral testimony on October 4, 2017.

14. As required by § 1052(c)(2) of the CFPA, the CID contained a Notification of Purpose apprising Nexus of the nature of the conduct under investigation and applicable provisions of law. *See* 12 U.S.C. § 5562(c)(2).

15. Counsel for the Bureau and Nexus met and conferred about the CID via teleconference on August 30, 2017, in accordance with 12 C.F.R. § 1080.6(c). At this meeting, Nexus's counsel informed the Bureau that the company was considering filing a petition to modify or set aside the CID.

16. On September 8, 2017, the Nexus Petition was submitted to the Bureau.

17. On October 11, 2017, the Bureau's Director denied the Nexus Petition and issued the Order directing Nexus to produce "all responsive documents, items, and

information within its possession, custody, or control that are covered by the CID" within 10 days. The order also invited Nexus to engage in further discussions with Bureau staff about modifying the CID or staggering production.

18. As of the date of this petition, Nexus has not communicated with the Bureau since the Director's Order was issued on October 11, 2017. Nexus has not produced any responsive materials to comply with the CID duly served upon it.

## PRAYER FOR RELIEF

WHEREFORE, the Bureau requests:

1. an order directing Nexus to show cause why it should not be required to comply with the CID;

2. after Nexus's response to the order to show cause, an order directing Nexus to comply with the CID within 10 days of the order or at a later date as may be established by the Court or the Bureau; and

3. such other relief as the Court deems just and proper.

Dated: October 30, 2017

                          Respectfully Submitted,

                          ANTHONY ALEXIS (DC Bar No. 384545)
                          *Enforcement Director*

                          JEFFREY PAUL EHRLICH (FL Bar No. No. 51561)
                          *Deputy Enforcement Director*

                          KARA MILLER (VA Bar No. 47821)
                          *Assistant Litigation Deputy*

                          /s/ Benjamin Konop
                          BENJAMIN KONOP (Ohio Bar No. 0073458)
                          HAI BINH T. NGUYEN (CA Bar No. 313503)
                          DONALD R. GORDON (DC Bar No. 482384)
                          Consumer Financial Protection Bureau
                          1700 G Street, NW
                          Washington, DC 20552
                          Phone: 202-435-7265
                          Fax: 202-435-7722
                          Email: benjamin.konop@cfpb.gov
                                        haibinh.nguyen@cfpb.gov
                                        donald.gordon@cfpb.gov

                          Attorneys for Petitioner
                          Consumer Financial Protection Bureau