IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXUS SERVICES, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> Defendants. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> Petitioner <br><br> v. <br><br> NEXUS SERVICES, INC., *et al.*, <br><br> Respondents. | Case No. 1:17-cv-02215-ABJ <br><br><br><br><br><br> Case No. 1:17-cv-02238-ABJ <br><br> *Consolidated Cases* |

**JOINT STATUS REPORT ON MEDIATION**

Nexus Services, Inc., Libre by Nexus, Inc., and the Bureau of Consumer Financial Protection jointly report in accordance with the Court's November 13, 2018 Minute Order that mediation of these consolidated matters has concluded.

The parties reached an agreed resolution of these matters, which will be presented to the Court in a joint stipulation and proposed order to be filed with the Court today.

December 4, 2018

Respectfully submitted,

Mary McLeod
    *General Counsel*
John R. Coleman
    *Deputy General Counsel*
Steven Y. Bressler (D.C. Bar No. 482492)
    *Assistant General Counsel*

*/s/ David A. King Jr.*
David A. King Jr. (Maryland Bar, member in good standing)
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, D.C. 20552
(202) 435-9289
david.king@cfpb.gov
*Counsel for Consumer Financial Protection Bureau in Case No. 17-2215*

Kristen Donoghue (D.C. Bar No. 456707)
*Enforcement Director*
Jeffrey Paul Ehrlich (D.C. Bar No. 439088)
*Deputy Enforcement Director*
Kara Miller
*Assistant Litigation Deputy*

*/s/ Hai Binh T. Nguyen*
Hai Binh T. Nguyen (CA Bar No. 313503)
Donald R. Gordon (D.C. Bar No. 482384)
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, D.C. 20552
(202) 435-7251 (Nguyen)
haibinh.nguyen@cfpb.gov
(212) 328-7011 (Gordon)
donald.gordon@cfpb.gov

*Counsel for Consumer Financial Protection Bureau in Case No. 17-2238*

Mary Donne Peters
GORBY PETERS LAW
1175 Peachtree St. NE
10th Floor, Suite 1000
Atlanta, GA 30361
Phone: 404-239-1150
Fax: 404-239-1179
Email: mpeters@gorbypeters.com
*Co-counsel for Nexus Services, Inc. and Libre Nexus, Inc.*

*/s/ Anthony F. Troy*
Anthony F. Troy (Bar #147991)
Eckert Seamans Cherin & Mellott, LLC
919 East Main Street
Suite 1300
Richmond, VA  23219
Phone: 804-788-7751
Fax:  804-698-2950
Email: ttroy@eckertseamans.com
*Co-counsel for Nexus Services, Inc. and Libre Nexus, Inc.*

Jeffrey P. Brundage (Bar #1002117)
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW
12th Floor
Washington, DC  20006
Phone: 202-659-6676
Fax:  202-659-6699
Email: jbrundage@eckertseamans.com
*Co-counsel for Nexus Services, Inc. and Libre Nexus, Inc.*